David Borgen (SBN 099354)
dborgen@gbdhlegal.com
James Kan (SBN 240749)
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Gregg I. Shavitz
gshavitz@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway Suite 404
Boca Raton, FL 33432
Tel: (800) 616-4000
Fax: (561) 447-8831

Attorneys for Plaintiffs and the Putative Class

Lynne C. Hermle (SBN 99779)
Jessica R. Perry (SBN 209321)
Julia Collins Riechert (SBN 254078)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
lchermle@orrick.com
jperry@orrick.com
jriechert@orrick.com

Attorneys for Defendant
NIELSEN COMPANY (U.S.) LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RULLI, JOSE BUENROSTRO, EDWIN BUMP, and ENRIQUE CRUZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>NIELSEN COMPANY (U.S.) LLC,<br><br>Defendant. | Case No.: 3:14-CV-01835 VC<br><br>CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION<br><br>**SECOND JOINT CASE MANAGEMENT STATEMENT**<br>AND ORDER DENYING REQUEST TO CONTINUE |

SECOND JOINT CASE MANAGEMENT STATEMENT– CASE NO. 3:14-CV-01835 VC

549571.3

# JOINT CASE MANAGEMENT STATEMENT

The parties, by and through their counsel, jointly submit this Second Joint Case Management Statement in anticipation of the Case Management Conference scheduled for October 7, 2014, at 10:00 a.m.

## I. SETTLEMENT REACHED AND SCHEDULING ISSUES

On September 16, 2014, the parties attended a mediation session with experienced mediator Mark Rudy. After the full day of negotiations, the parties reached a settlement in principle and executed a memorandum of understanding to that effect. The parties are currently working together to complete and execute a comprehensive settlement agreement. They will use their best efforts to finalize the settlement agreement no later than October 20, 2014 and to file promptly thereafter a motion for preliminary approval.

Because the mediation was successful, the parties request that the Court vacate any further litigation deadlines.

## II. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Plaintiffs have retained Gregg Shavitz of the Shavitz Law Group, P.A. to co-counsel with Goldstein, Borgen Dardarian & Ho. They hereby disclose the Shavitz Law Group, P.A. as a non-party interested entity or person.

## III. OTHER MATTERS

The parties respectfully request that the Court vacate the Case Management Conference set for October 7, 2014 so that they may focus their efforts on finalizing a settlement agreement. They also respectfully request that the Court set a further case management conference for November 18, 2014 at 10:00 a.m. or shortly thereafter when the Court is available so that the parties may report about their progress.

Dated: September 30, 2014

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

 */s/*   James Kan
James Kan

Attorneys for Plaintiffs and the Putative Class

1

SECOND JOINT CASE MANAGEMENT STATEMENT– CASE NO. 3:14-CV-01835 VC

549571.3

Dated: September 30, 2014      ORRICK, HERRINGTON & SUTCLIFFE LLP

                                         /s/   Julia Collins Riechert
                                       Julia Collins Riechert

                                       Attorneys for Defendant

## **ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                       GOLDSTEIN, BORGEN, DARDARIAN & HO

September 30, 2014      By:  /s/  *James Kan*
                                       James Kan

                                       Attorneys for Plaintiffs

Date: October 3, 2014

*DENIED — Judge Vince Chhabria* (stamp, United States District Court, Northern District of California)

The parties' request to continue the case management conference is denied. The parties must appear in person on Tuesday, October 7, 2014, at 10:00 a.m.

2
SECOND JOINT CASE MANAGEMENT STATEMENT– CASE NO. 3:14-CV-01835 VC

549571.3