Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE RULLI et al,   )
                     )  Case No: 3:14-CV-01835
           Plaintiff(s),   )
                     )  **APPLICATION FOR**
     v.              )  **ADMISSION OF ATTORNEY**
                     )  **PRO HAC VICE**
NIELSEN COMPANY (U.S.) LLC,   )  (CIVIL LOCAL RULE 11-3)
                     )
           Defendant(s).   )
                     )

I, GREGG I. SHAVITZ, an active member in good standing of the bar of State of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is James Kan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1515 South Federal Hwy, Suite 404, Boca Raton, Florida 33432 | 300 Lakeside Drive, Suite 1000 Oakland, California 34612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (561) 447-8888 | (510) 763-9800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gshavitz@shavitzlaw.com | jkan@gbdhlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 11398.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/19/14

GREGG I. SHAVITZ
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of GREGG I. SHAVITZ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 20, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                                    *October 2012*

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### GREGG I. SHAVITZ

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **September 23, 1994**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this August 14, 2014.

_____
Clerk of the Supreme Court of Florida.