```
 1  David Borgen (SBN 099354)
    dborgen@gbdhlegal.com
 2  James Kan (SBN 240749)
    jkan@gbdhlegal.com
 3  GOLDSTEIN, BORGEN, DARDARIAN & HO
    300 Lakeside Drive, Suite 1000
 4  Oakland, CA  94612
    Tel:  (510) 763-9800
 5  Fax: (510) 835-1417

 6  Gregg I. Shavitz (admitted pro hac vice)
    gshavitz@shavitzlaw.com
 7  SHAVITZ LAW GROUP, P.A.
    1515 South Federal Highway Suite 404
 8  Boca Raton, FL  33432
    Tel:  (800) 616-4000
 9  Fax: (561) 447-8831

10  Attorneys for Plaintiffs and the Settlement Classes

11  Julia C. Riechert
    jriechert@orrick.com
12  Jessica R. Perry
    jperry@orrick.com
13  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
14  Menlo Park, CA 94025-1015
15  Tel: (650) 614-7350
    Fax: (650) 614-7401
16
17  Attorneys for Defendant Nielsen Company (US), LLC
```

FILED

MAY 21 2015

RICH...
CLER...
NORTHER...

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RULLI, JOSE BUENROSTRO, EDWIN BUMP, and ENRIQUE CRUZ on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>NIELSEN COMPANY (U.S.) LLC,<br><br>         Defendants. | Case No.: 3:14-CV-01835 VC<br><br>[PROPOSED] JUDGMENT AS MODIFIED<br><br>Hon. Vince Chhabria<br><br>Date: May 21, 2015<br>Time: 10:00 a.m.<br>Ctrm: 4, 17th Floor |

[PROPOSED] JUDGMENT – CASE NO. 3:14-CV-01835 VC

574778.2

Plaintiffs' motions for Final Approval of Class Action Settlement and for Attorneys' Fees, Costs, and Service Awards came on for hearing on May 21, 2015 at 10:00 a.m. in Courtroom 4 of the above captioned court, the Honorable Vincent Chhabria presiding. The Court having previously granted preliminary approval of the proposed class action settlement on January 12, 2015 (ECF No. 45), the Parties having fully briefed the issues regarding final approval and attorneys' fees, costs, and service awards, the case having been heard, and the Court having granted final approval of the Settlement,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Judgement is entered on the terms set forth in the Order Granting Final Approval of Class Action Settlement.

Dated: 5/21/15

HON. VINCENT CHHABRIA

---

1

[PROPOSED] JUDGMENT – CASE NO. 3:14-CV-01835 VC

574778.2